IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shelli L. Franek,

    Plaintiff(s),

vs.

NCS Pearson, Inc., et al.,

    Defendant(s).

Case Number: 1:18cv147

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Kaen L. Litkovitz filed on February 7, 2019 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 21, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to voluntarily dismiss the complaint (Doc. 20) is GRANTED. This case is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court